# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Saengnakhone Soukchaleun,

Petitioner(s),

v.

Case Number: 25-cv-4775 ECT/LIB

Kristi Noem, Todd Lyons, Michael Bottjen and David Isais,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Saengnakhone S.'s Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 2] is DENIED.
2. Petitioner's Complaint and Petition for Writ of Habeas Corpus [ECF No. 3] is DISMISSED without prejudice.

Date: 1/6/2026

KATE M. FOGARTY, CLERK